Order issued October 2 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-01604-CR

### RICHIE LEE WILSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## ORDER

The Motion for Rehearing filed by appellant is hereby DENIED.

_____
LANA MYERS
JUSTICE